1
 The People of the State of Colorado, Petitioner v. Maria Laida Day, Respondent No. 24SC16
Supreme Court of Colorado, En Banc
December 24, 2024
 
           Court
 of Appeals Case No. 20CA1717
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the court of appeals erred by holding that the trial
 court abused its discretion in considering respondent's
 non-cooperation with the court-ordered mental condition
 examination.
 
 
          [REFRAMED]
 Whether the court of appeals improperly expanded People
 v. Moore, 2021 CO 26, 485 P.3d 1088, to preclude
 consideration of the purpose for which mental condition
 evidence is offered when evaluating the admissibility of such
 evidence under CRE 403.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.